FILED
NOV - 3 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:21CR00593 JAR/SPM** |
| v. ) | |
| ) | |
| KRISTIE MEEKS, a/k/a "Kristie Smith", ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 20, 2021, in St. Louis City, within the Eastern District of Missouri,

**KRISTIE MEEKS, a/k/a "Kristie Smith",**

the Defendant herein, aiding and abetting an individual unknown to the grand jury and acting with another, knowingly obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, or attempted to do so, by robbery of T-Mobile, d/b/a MetroPCS by T-Mobile, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT TWO

The further Grand Jury charges that:

On or about September 20, 2021, in St. Louis City, within the Eastern District of Missouri,

**KRISTIE MEEKS, a/k/a "Kristie Smith",**

the Defendant herein, aiding and abetting an individual unknown to the grand jury and acting with another, knowingly possessed and brandished one or more firearms, in furtherance of a crime of violence for which she may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JASON S. DUNKEL, #65886(MO)
Special Assistant United States Attorney