FILED

writ issued    NOV - 3 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:21CR00593 JAR/SPM** |
| vs. ) | |
| ) | |
| KRISTIE MEEKS, a/k/a "Kristie Smith", ) | |
| ) | |
| Defendant. ) | |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, through Jason S. Dunkel, Assistant United States Attorney for said District, and informs the Court that the Defendant is to be tried in the above cause, and that she is to appear before a United States Magistrate Judge for the Eastern District of Missouri, forthwith, for an Initial Appearance, and at any other times and dates. Defendant is currently confined in the WOMEN'S EASTERN RECEPTION, DIAGNOSTIC AND CORRECTIONAL CENTER, in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the Superintendent to deliver the Defendant to the Federal Bureau of Investigation for removal of Defendant from such institution and custody, and bring her before a United States Magistrate Judge for the above proceedings; and upon completion of such proceedings to return the Defendant to the custody of the Superintendent.

SAYLER A. FLEMING
United States Attorney

*/s/ Jason S. Dunkel*
JASON DUNKEL #65886(MO)
Assistant United States Attorney

UNITED STATES OF AMERICA        )
Eastern Division of the         )
Eastern District of Missouri    )

    I, Jason S. Dunkel, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Prosequendum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

    */s/ Jason S. Dunkel*
JASON S. DUNKEL, #65886(MO)
Special Assistant United States Attorney


TO THE CLERK OF THE DISTRICT COURT:

    You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

*Bonnie L. White*
UNITED STATES DISTRICT JUDGE